**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1771**

BRIAN DAVISON,

        Plaintiff - Appellant,

      v.

JAMES PLOWMAN, In his official capacity as Attorney for the Commonwealth
for Loudoun County, Virginia, and individually,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria. James C. Cacheris, Senior District Judge. (1:16-cv-00180-JCC-IDD)

Submitted: March 13, 2018                   Decided: March 19, 2018

Before AGEE, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Davison, Appellant Pro Se. James W. Hundley, BRIGLIA HUNDLEY NUTALL
& LOPEZ, P.C., Vienna, Virginia; Kristin Anne Zech, BRIGLIAHUNDLEY, PC,
Tysons Corner, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Davison appeals the district court's judgment in favor of James Plowman following a bench trial in Davison's 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davison v. Plowman*, 247 F. Supp. 3d 767 (E.D. Va. 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*